Case: 2:22-mj-00767-CMV Doc #: 1 Filed: 12/05/22 Page: 1 of 8 PAGEID #: 1
PAKIZ
AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No. 2:22-mj-767
United States Priority Mail Parcel )
9505 5138 2071 2337 3777 10 )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

United States Priority Mail Parcel 9505 5150 6926 2332 7841 94, currently located at the USPIS office in Columbus, Ohio.

located in the ____Southern____ District of ____Ohio____, there is now concealed *(identify the person or describe the property to be seized)*:

A quantity of a controlled substance and/or proceeds that are evidence thereof, and/or contraband, in violation of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 841(a)(1) | Possession with intent to distribute a controlled substance |
| 21 U.S.C. 843(b) | Prohibited use of a communication center (U.S. Mail) |
| 21 U.S.C. 846 | Conspiracy to possess with intent to distribute a controlled substance |

The application is based on these facts:
As set forth in the attached Affidavit of Postal Inspector Justin D. Koble.

☑ Continued on the attached sheet.
☑ Delayed notice of __30__ days *(give exact ending date if more than 30 days:* _____ *) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.*

_____
Applicant's signature

Justin D Koble, US Postal Inspector
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__telephone_____ *(specify reliable electronic means)*.

Date: 12/5/2022

_____
*Judge's signature*

City and state: Columbus, Ohio

Chelsey M. Vascura
United States Magistrate Judge
Chelsey M. Vascura, U.S. Magistrate Judge
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE OPENING ) <br> AND SEARCH OF: ) <br> ) <br> UNITED STATES PRIORITY MAIL ) <br> PARCEL 9505 5138 2071 2337 3777 10 ) | CASE NO.  2:22-mj-767 <br><br> MAGISTRATE JUDGE VASCURA |

**AFFIDAVIT IN SUPPORT OF AN APPLICATION
UNDER RULE 41 FOR A WARRANT TO SEARCH AND SEIZE**

I, Justin D. Koble, being duly sworn, do hereby state the following:

**INTRODUCTION AND AGENT BACKGROUND**

1. I am a United States Postal Inspector with the United States Postal Inspection Service ("USPIS") and have been so employed since July 2014. I am currently assigned to the Narcotics and Money Laundering Team at the USPIS's Columbus, Ohio field office. In this capacity, I am responsible for investigating the illegal use of the United States Mails for the purpose of transporting controlled substances such as methamphetamine, heroin, fentanyl, fentanyl-related analogs, cocaine, and other controlled substances, in violation of, among other statutes, Title 21, United States Code, Sections 841(a)(1) (manufacturing, distributing, or possessing with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy). In addition, I am responsible for investigating possible violations of Title 18, United States Code, Sections 1956 and 1957 (money laundering).

2. I have been involved in the investigation and discovery of drug contraband and drug proceeds on numerous occasions. I have personally been the affiant for search warrants that have resulted in the discovery of controlled substances and drug proceeds. My current assignment to the Columbus Processing and Distribution Center ("P&DC") involves investigating the use of the US Mails by drug traffickers, in which established drug package profiles, surveillance, and drug detection dogs, among other investigative tools, are utilized.

3. Experience and drug trafficking intelligence have demonstrated that Priority Mail

1

and Priority Mail Express are commonly used to transport drugs and drug proceeds because of their reliability and the time pressures they place on law enforcement agents to execute a successful controlled delivery.

4. This affidavit is made in support of an application under Rule 41 of the Federal Rules of Criminal Procedure, for a warrant to search for and seize evidence, instrumentalities, contraband, and fruits of violations of Title 21, United States Code, Sections 841(a)(1) (manufacturing, distributing, or possessing with the intent to manufacture or distribute a controlled substance), 843(b) (unlawful use of a communication facility in the commission of a crime), and 846 (drug conspiracy), from the **United States Priority Mail parcel bearing United States Postal Service ("USPS") tracking number 9505 5138 2071 2337 3777 10** (hereinafter referred to as the "SUBJECT PARCEL").

5. The facts set forth in this affidavit are based on my personal knowledge, knowledge obtained during my participation in this investigation, knowledge obtained from other individuals, review of records related to this investigation, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for a search warrant, this affidavit does not set forth each and every fact learned by me during the course of this investigation.

## SUBJECT PARCEL

6. On or about December 5, 2022, USPIS interdiction personnel in Columbus, Ohio interdicted the SUBJECT PARCEL upon arrival at the USPS Reynoldsburg Main Post Office, 7185 East Main Street, Reynoldsburg, Ohio 43068. The SUBJECT PARCEL is addressed to "J. Horton, 2870 Arrowsmith. DR, Reynoldsburg, OH 43068" with a return address of "Tint & Audio Experts, 11545 Artesia Blvd, Artesia, Ca 90701". The SUBJECT PARCEL is a white, USPS Priority Mail size medium flat rate box measuring approximately 12" x 3 1/2" x 14 1/8" and weighing approximately 6 pounds, 15.6 ounces. The SUBJECT PARCEL was mailed from the USPS Bellflower Main Post Office, 9835 Flower Street, Bellflower, California 90706 on or about December 3, 2022, at approximately 1:18pm PST. The $17.05 in United States postage affixed to the SUBJECT PARCEL was paid for using cash.



## PROBABLE CAUSE

7. Among the characteristics of the drug profile possessed by the SUBJECT PARCEL is the "source state" origination of the parcel, as well as the destination of the SUBJECT PARCEL.

8. Your affiant submits that the origin state of the SUBJECT PARCEL bears on the issue of probable cause here. For example, US Postal Inspectors, Special Agents of the Drug Enforcement Administration ("DEA"), and other intelligence sources have identified California as a source state for illegal drugs flowing into Central Ohio and a destination state for the proceeds from the sale of these illegal drugs. Based on my training and experience, I know drug traffickers frequently utilize various shipping and mail entities, including the United States Postal Service, for the shipment of controlled substances. Frequently the same shipping entity utilized for the shipment of controlled substances is also utilized for the shipment of the proceeds derived from the sale of these controlled substances.

9. On or about December 5, 2022, checks of USPS, law enforcement, and open-source electronic databases were conducted to determine the validity of the destination

information contained on the SUBJECT PARCEL. The destination address, "2870 Arrowsmith. DR," was found to be a valid and deliverable address in the 43068 zip code. The name "J. Horton" was not found to be associated with this address.

10. Further, on or about December 5, 2022, checks of USPS, law enforcement, and open-source electronic databases were conducted to determine the validity of the return information contained on the SUBJECT PARCEL. The return address, "11545 Artesia Blvd," was found to be a valid and deliverable address in the 90701 zip code. A business named "Tint & Audio Xperts" was found to be in operation at this address. It was noted the business spells Experts,"Xperts", as opposed to the spelling indicated on the SUBJECT PARCEL.

11. Regarding both the above-described return and destination addresses, I know through training and experience, that shippers of drugs and drug proceeds will often utilize a valid business name and/or address without the knowledge or consent of the business to legitimize the shipment and to reduce the possibility of identification and apprehension by law enforcement. Additionally, while a valid delivery address is necessary to ensure the delivery of a parcel, a fictitious delivery name is often utilized for the same reasons previously discussed.

12. Because the SUBJECT PARCEL originated in California, a state known as a source of controlled substances being mailed to Central Ohio, the return address was not valid, and the recipient name was determined not to be associated with the address, investigators submitted the SUBJECT PARCEL for examination by a drug detecting canine.

### EXAMINATION BY DRUG DETECTING CANINE

13. On or about December 5, 2022, US Postal Inspectors contacted Trooper Michael Rucker, Ohio State Highway Patrol, who is the handler for "Mac", a Drug Detecting Canine. K-9 "Mac" has been certified by the Ohio Peace Officers Training Association since December 2016 for tracking, article search, and the detection of marijuana, cocaine, heroin, methamphetamine, and their derivatives. K-9 "Mac" has had over 200 hours of training at the Ohio Highway Patrol K9 Training Facility. Both in training and actual deployments, K-9 "Mac" has successfully detected narcotics, by demonstrating clear, passive alerts, and has established himself as a highly reliable police service dog.

14. The SUBJECT PARCEL was hidden among other parcels and USPS mail processing equipment and K-9 "Mac" was allowed to search the entire area. Trooper Rucker concluded that K-9 "Mac" did alert positively to the SUBJECT PARCEL. Based on that alert,

Trooper Rucker concluded that the odor of one or more of the drugs K-9 "Mac" is trained and certified to detect was present.

15. Based upon training and experience, I respectfully submit that the above information is indicative of drug trafficking activity, and that, based on the above, there is probable cause to search the SUBJECT PARCEL.

16. If the SUBJECT PARCEL is found to contain controlled substances, these controlled substances will be seized as part of an ongoing drug trafficking investigation.

## CONCLUSION

17. Based upon the foregoing facts and my training, experience, and expertise as a US Postal Inspector, I submit there is probable cause to search the SUBJECT PARCEL for controlled substances, drug proceeds, and other evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.

18. WHEREFORE, I respectfully request that the Court issue a warrant, authorizing agents of the USPIS, including but not limited to other law enforcement agents and technicians assisting in the above-described investigation, to open, view, and photograph, and seize, if necessary, the SUBJECT PARCEL and its contents.

19. The above information is true and correct to the best of my knowledge, information, and belief.

                                                      Justin D. Koble
                                                     US Postal Inspector

Sworn and subscribed to me
This _5_ th day of December 2022

CHELSEY M VASCURA
United States Magistrate Judge

Attachment A

United States Postal Service Priority Mail parcel 9505 5138 2071 2337 3777 10 addressed to "J. Horton, 2870 Arrowsmith. DR, Reynoldsburg, OH 43068"



Attachment B

1.) Any controlled substances which constitute evidence of violations of Title 21, United States Code, Sections 841(a)(1), 843(b), and 846.
2.) United States currency and/or drug proceeds